## The People, etc., of Illinois, for the use of the County of Pike, v. Addison Cadwell et al.

1. FORMER DECISIONS—*Followed.*—The decision in The People, etc., for the use of the County of Pike, v. Addison Cadwell et al., is followed in deciding this case.

**Debt**, on official bond. Appeal from the Circuit Court of Pike County; the Hon. THOMAS N. MEHAN, Judge, presiding. Heard in this court at the May term, 1899. Affirmed. Opinion filed December 13, 1899.

J. D. HESS, EDWIN JOHNSTON and WM. MUMFORD, attorneys for appellant.

A. G. CRAWFORD, attorney for appellee.

OPINION PER CURIAM.

In every material point, and the record, the errors assigned and argued in this case are the same as in The People, etc., for use of Pike County, v. Addison Cadwell et al., in which we have filed an opinion containing the reasons of the court for affirming the judgment in that case, and for the same reasons there expressed we affirm the judgment here. Judgment affirmed.